O'BRIEN-IRWIN COMPANY, A CORPORATION, *Plaintiff in Er-
ror*, v. MIKE WARD, *Defendant in Error*.

Decision Filed January 9, 1919.

Writ of Error to the Circuit Court for the County of
Jefferson; E. C. Love, Judge.

*Wm. D. Hendry and S. D. Clarke*, for Plaintiff in
Error;

*W. C. Hodges* and *Fred H. Davis*, for Defendant in
Error.

PER CURIAM.—This cause having been submitted to the
Court at a former term upon the transcript of the record
of the judgment aforesaid, and argument of counsel for
the respective parties, and the record having been seen
and inspected, and the Court being now advised of its
judgment to be given in the premises, it seems to the
Court that there is no error in the said judgment; it is,
therefore, considered, ordered and adjudged by the Court

that the said judgment of the Circuit Court be, and the same is hereby affirmed.

All concur.